ORIGINAL

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RIPPEL, on behalf of himself and all others similarly situated<br><br>V.<br><br>See Attachment<br><br>TO: TOSHIBA AMERICA ELECTONIC COMPONENTS, INC.<br>Serve Registered Agent<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>See Attachment | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C 07 2066 SC |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Flannery (State Bar No. 196266)
James J. Rosemergy
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 1 2 2007

(BY) DEPUTY CLERK

ANNA SPRINKLES

DEFENDANTS (attachment)

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC; MICRON SEMICONDUCTOR PRODUCTS, INC; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC AND ELECTRONICS U.S.A., INC.; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; and WINBOND ELECTRONICS CORPORATION AMERICA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| CAREY & DANIS, L.L.C.<br>8182 MARYLAND AVE.<br>SUITE 1400<br>ST. LOUIS MO 63105<br>ATTORNEY FOR  PLAINTIFF | 314-725-7700<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT<br>OF CALIFORNIA, SAN FRANCISCO DIVISION | | |
| SHORT TITLE OF CASE:<br>RIPPEL : SAMSUNG ELECTRONICS | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>063302 | | CASE NUMBER:<br>C0720066SC |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

    Summons and Complaint

On: TOSHIBA AMERICA ELECTRONIC
    COMPONENTS, INC.

At: 818 W. 7TH STREET
    SUITE 200
    LOS ANGELES CA 90017

In the above mentioned action by delivering to and leaving with

MARGARET WILSON
Whose title is: AUTHORIZED AGENT

On: 04/18/07     At: 02:30PM


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of service and statement of service fees is true and correct.

Person serving: BRUCE ANDERSON          Fee for service: $     74.95


All Counties Attorney Service        d.  Registered California process server
1625 E. 17th Street                  (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                  (2) Registration No. 3991
714-558-1403 FAX 714-558-0261        (3) County: LOS ANGELES
                                     (4) Expiration:  04/11/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 04/20/07                    >
                                  SIGNATURE