Michael J. Flannery (State Bar No. 196266)
mflannery@careydanis.com
James J. Rosemergy
jrosemergy@careydanis.com
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHRISTOPHER RIPPEL, | Case No. 3:07-CV-02066 SC |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | The Honorable Samuel Conti |
| SAMSUNG ELECTRONICS CO., LTD., *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE**, pursuant to Local Rule 3-13, Plaintiff Christopher Rippel ("Plaintiff") provides notice that *Rippel v. Samsung Electronics Co., Ltd., et al.,* Case No. 3:07-CV-02066 SC, involves all or a material part of the same subject matter and all or substantially all of the same parties in *Nguyen v. Samsung Electronics Co., Ltd., et al.,* Case No. C 07-0086-SBA. In both *Rippel* and *Nguyen*, Plaintiffs allege that the Defendants illegally fixed the prices of Flash Memory products. Pursuant to Local Rule 3-12, Plaintiff has filed in *Nguyen*

38147.1

1  an Administrative Motion to consider whether *Rippel* and *Nguyen* should be related.

2

3  Dated: April 27, 2007                    Respectfully Submitted,

4                                            CAREY & DANIS, L.L.C.

5

6                                            By:  */s/ Michael J. Flannery*
                                                  Michael J. Flannery
7

8  Michael J. Flannery (State Bar No. 196266)
   *mflannery@careydanis.com*
9  James J. Rosemergy
   *jrosemergy@careydanis.com*
10 CAREY & DANIS, LLC
   8235 Forsyth Boulevard, Suite 1100
11 St. Louis, MO  63105
   Telephone:  (314) 725-7700
12 Facsimile:  (314) 721-0905
        *Attorneys for Plaintiff and the Proposed Class*