UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------X
CHRISTOPHER RIPPEL, on behalf of himself and
all others similarly situated,

                Plaintiff(s),              CASE NO. C 07 2066

      -against-

SAMSUNG ELECTRONICS CO., LTD.,
**ET AL.,**

              Defendant(s).       **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------X
STATE OF NEW YORK    )
                      s.s.:
COUNTY OF NEW YORK  )

     MICHAEL J. KEATING, being duly sworn, deposes and says that he is an
employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of
eighteen years and is not a party to the action.

     That on the 19th day of April, 2007, at approximately 4:15 p.m., deponent served
a true copy of the **SUMMONS IN A CIVIL CASE; CIVIL CASE SHEET together
with CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER
FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; U.S.
DISTRICT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT
and NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
JURISDICTION** upon HITACHI AMERICA, LTD. at 50 Prospect Avenue, Tarrytown,
New York by personally delivering and leaving the same with David Cunningham,
Corporation Counsel, who is authorized by appointment to accept service.

     David Cunningham is a white male, approximately 45 years of age, is
approximately 6 feet and 1 inch tall, weighs approximately 210 pounds, with short black
hair and dark eyes.

Sworn to before me this
26th day of April, 2007

                               MICHAEL J. KEATING #848545

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission expires February 17, 2010