ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER RIPPEL, on behalf of himself
and all others similarly situated

v.

See Attachment

TO:
HYNIX SEMIDCONDUTOR AMERICA, INC.
Serve Registered Agent
Corporation Service Company/CSC
Lawyers Incorporating Service
P. O. Box 526036
Sacramento, CA 95852

See Attachment

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 2066 SC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Flannery (State Bar No. 196266)
James J. Rosemergy
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 12 2007

(BY) DEPUTY CLERK

ANNA SPRINKLES

DEFENDANTS (attachment)

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC; MICRON SEMICONDUCTOR PRODUCTS, INC; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC AND ELECTRONICS U.S.A., INC.; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; and WINBOND ELECTRONICS CORPORATION AMERICA

600846.1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>CAREY & DANIS, LLC<br>James J. Rosemergy,<br>8235 Forsyth Boulevard, Suite 1100   St. Louis, MI 63105 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(314) 725-7700**    FAX NO.*(Optional)*: **(314) 721-0905**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Plaintiff** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **, CA**<br>BRANCH NAME: | |
|---|---|
| PLAINTIFF/PETITIONER: **CHRISTOPHER RIPPEL**<br>DEFENDANT/RESPONDENT: **SAMSUNG ELECTRONICS CO.** | CASE NUMBER:<br>**C 07 2066** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   **HYNIX SEMIDCONDUTOR AMERICA, INC.**

   b. [X]   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **CSC Lawyers ( Rhonda McCarty), Agent**

4. Address where the party was served: **2730 GATEWAY OAKS DRIVE, SUITE 100
   SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **04/26/2007**    (2) at *(time)*: **02:55 pm**

   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:     or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010/P139822

| | |
|---|---|
| PLAINTIFF/PETITIONER: **CHRISTOPHER RIPPEL** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **SAMSUNG ELECTRONICS CO.** | **C 07 2066** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                       (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ on behalf of *(specify):* **Hynix Semidcondutor America, Inc.**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                               ☐ other:

7. **Person who served papers**
   a. Name: **Johnny Adams**
   b. Address: **55 Santa Clara Avenue, Suite 120  Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. The fee for service was: **$ 65.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ owner        ☐ employee     ☒ independent contractor.
        (ii) Registration No.: **0612**
        (iii) County: **Sacramento**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **04/27/2007**

**INTERCEPTOR Legal Support Service, Inc.**
**55 Santa Clara Avenue, Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

               **Johnny Adams**             ▶ */s/ Johnny Adams*
      (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)