ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER RIPPEL, on behalf of himself
and all others similarly situated

V.

See Attachment

TO:
MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.
Serve: Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

See Attachment

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 2066 SC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Flannery (State Bar No. 196266)
James J. Rosemergy
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 1 2 2007

(BY) DEPUTY CLERK

ANNA SPRINKLES

DEFENDANTS (attachment)

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC; MICRON SEMICONDUCTOR PRODUCTS, INC; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC AND ELECTRONICS U.S.A., INC.; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; and WINBOND ELECTRONICS CORPORATION AMERICA

600846.1

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>4/19/2007 at 1:40 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Mitsubishi Electric & Electronics USA, Inc. was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service. Service was made at The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/20/07
                      Date

Signature of Server

2000 Pennsylvania Ave. #207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.