| ATTORNEY OR PARTY WITHOUT ATTORNEY  (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| CAREY & DANIS, L.L.C.<br>8235 FORSYTH<br>SUITE 1100<br>ST. LOUIS MO 63104 | 314-725-7700<br><br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF CALIFORNIA, SAN FRANCISCO DIVISION

SHORT TITLE OF CASE:

RIPPEL : SAMSUNG ELECTRONICS

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 063301 | | | | C0720066SC |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on
the date herein referred to over the age of 18 years and not a party
to the within entitled action. I served the:

        Summons and Complaint

On: SAMSUNG SEMICONDUCTOR, INC.

At: 2030 MAIN STREET
    SUITE 1030
    IRVINE CA 92614

In the above mentioned action by delivering to and leaving with

BRANDY SCHWEITZER
Whose title is: AUTHORIZED AGENT

On: 04/18/07    At: 01:15PM


I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Return of service and statement of service fees is true and correct.

Person serving: PHIL THOMAS            Fee for service: $    74.95



All Counties Attorney Service        d.  Registered California process server
1625 E. 17th Street                  (1) [   ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                  (2) Registration No. PSC 1158
714-558-1403 FAX 714-558-0261        (3) County: ORANGE
                                     (4) Expiration:   12/06/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 05/04/07                   >
                                 SIGNATURE