SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: ghalling@sheppardmullin.com
Email: jmcginnnis@sheppardmullin.com
Email: msolouki@sheppardmullin.com

Attorneys for Defendant
SAMSUNG SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER RIPPEL, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

Defendants.

CASE NO. 07-02066-SC

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Complaint filed April 11, 2007

WHEREAS the undersigned Plaintiff Christopher Rippel has filed a Complaint in the above-captioned case on or about April 11, 2007;

WHEREAS more than twenty-one complaints, including Plaintiff's complaint, have been filed to date in the Northern District of California, and one complaint has been filed in the Southern District of New York by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Flash Memory (collectively, "the Flash Memory Cases");

WHEREAS a motion is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the Flash Memory Cases to a single judge for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS eighteen of the Flash Memory Cases pending in the Northern District of California already have been related to the Honorable Judge Saundra B. Armstrong, and a motion is currently pending before Judge Armstrong to consider whether this and other actions pending in this District also should be related;

WHEREAS the parties believe that the Flash Memory Cases will be consolidated or coordinated either as multidistrict litigation ("MDL") or as a group of related cases within the Northern District of California, and anticipate that, in either instance, Plaintiffs will likely file separate Consolidated Amended Complaints for the direct and indirect Flash Memory Cases;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings in the Flash Memory Cases is more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for Samsung Semiconductor, Inc. ("SSI") to respond to the Complaint in the above-captioned case shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days after Plaintiffs provide written notice to SSI that they do not intend to file Consolidated Amended Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be given only at or after

the initial case management conference either in the MDL transferee Court or in the Court in which all Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California;

WHEREAS Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiffs, to all named Defendants who notify Plaintiff in writing of their intention to join this extension;

WHEREAS Plaintiff and Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the Defendant that provided notice of its intention to join this extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction;

PLAINTIFF AND DEFENDANT SSI, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Defendant SSI to respond to the Complaint in the above-captioned case shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days after Plaintiffs provide written notice to SSI that they do not intend to file Consolidated Amended Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be given only at or after the initial case management conference either in the MDL transferee Court or in the Court in which all Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California.

2. This extension is available, without further stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in writing of their intention to join this extension.

3. Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the defendant that provided notice of its intention to join the extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction.

4. Plaintiff and Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to any complaint in another Flash Memory case filed in another United States District Court or a state court prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

Dated: May 8, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Mona Solouki
Mona Solouki
*Attorneys for Defendant Samsung Semiconductor, Inc.*

Dated: May 8, 2007

CAREY & DANIS

By: /s/ Michael J. Flannery
Michael J. Flannery
*Attorneys for Plaintiff Christopher Rippel*

