UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RIPPEL, on behalf of himself and all others similarly situated<br><br>Plaintiff<br>v.<br>SAMSUNG ELECTRONICS CO LTD, et al.,<br><br>Defendant | Case No.: C 07 2066<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF IDAHO
County of ADA        ss.

COMES NOW Sandy Schmitt, being first and duly sworn upon oath, deposes and says that your affiant is over the age of eighteen years, is not a party to this action. That I served copies of the SUMMONS and COMPLAINT on the above name Defendant(s), by delivering to and leaving with MELISSA FINOCCHIL, SR ASSOC GENERAL COUNCIL, an adult over the age of 18, who was residing therein at MICRON SEMICONDUCTOR PRODUCTS INC 7000 FEDERAL WAY, BOISE, IDAHO which is the usual place of abode of the above named defendants.

LOCATION OF SERVICE:    MICRON SEMICONDUCTOR PRODUCTS INC 7000 FEDERAL WAY, BOISE, IDAHO
ON:    April 27, 2007                TIME:    9:33 AM

Sandy Schmitt
ATTORNEYS SERVICE BUREAU, INC
P.O. BOX 190111
BOISE, ID 83719
(208) 362-4800

Subscribed and sworn to before me, a notary public, on this ___7___ day of __May__, 2007.

Notary Public    My Commission Expires: 9-27-12



ID: 07-003551