**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TRONG NGUYEN, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., *et al.*,<br><br>          Defendants. | No. C 07-0086 SBA<br>Related Cases: 07-cv-1020 SBA; 07-cv-1147-SBA; 07-cv-1236 SBA; 07-cv-1360 SBA; 07-cv-1388 SBA; 07-cv-1418 SBA; 07-cv-1459 SBA; 07-cv-1460 SBA; 07-cv-1489 SBA; 07-cv-1613 SBA; 07-cv-1665 SBA; 07-cv-1680 SBA; 07-cv-1735 SBA; 07-cv-1823 SBA; 07-cv-1829 SBA; 07-cv-2066 SBA; 07-cv-2286 SBA<br><br>**ORDER** |

It is hereby ORDERED that a case management conference for the above actions (07-cv-0086 SBA; 07-cv-1020 SBA; 07-cv-1147-SBA; 07-cv-1236 SBA; 07-cv-1360 SBA; 07-cv-1388 SBA; 07-cv-1418 SBA; 07-cv-1459 SBA; 07-cv-1460 SBA; 07-cv-1489 SBA; 07-cv-1613 SBA; 07-cv-1665 SBA; 07-cv-1680 SBA; 07-cv-1735 SBA; 07-cv-1823 SBA; 07-cv-1829 SBA; 07-cv-2066 SBA; 07-cv-2286 SBA), is set for September 27, 2007, at 2:30 PM, via telephone.  All previously scheduled case management conferences are VACATED.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

May 15, 2007

                                           Saundra Brown Armstrong
                                           United States District Judge